1:16-mj-055

## United States District Court
### Violation Notice

CVB Location Code: NG-6

Violation Number: 1387713
Officer Name (Print): Davis, James
Officer No.: 4P457

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 09/09/2014
Offense Charged: 41CFR-102-74.380  ☐ CFR  ☐ USC  ☐ State Code

Place of Offense: 2385 Chamblee, Tucker Road Chamblee, GA. 30341

Offense Description: Preservation of Property c. Stealing Property ($200.00 dollars) 41CFR-102-74.380

### DEFENDANT INFORMATION
Phone: (404) 645-5609
Last Name: Bass
First Name: Keira
M.I.: 
Street Address: 7085 Creek Court, Lithonia, GA. 30358
City: Lithonia
State: GA
Zip Code: 30058
Date of Birth: 1990
Drivers License No.: 
D.L. State: GA
Social Security No.: 

☒ Adult  ☐ Juvenile   Sex: ☐ Male ☒ Female   Hair: BLK   Eyes: BRN   Height: 506   Weight: 145

VEHICLE DESCRIPTION  VIN: N/A
Tag No.: —  State: —  Year: —  Make/Model: —  Color: —

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 75 Spring Street Atlanta, GA. 30303
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: /s/ Keira Bass

---

### STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on 11th June, 2015 while exercising my duties as a law enforcement officer in the Northern District of Georgia

The Defendant did commit the offense of Preservation of property (c. Stealing property) from government employee Mrs. Aquannette Gore. The Defendant Bass received $250.00 from an IRS employee (Mr. Thompson) and she turned in $50.00 dollars into IRS lost and found. Defendant Bass stated she did not get any additional money.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/11/2015   /s/ James C. Davis
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge